IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.  CIVIL NO. 99-1740(DRD)

[1] 35 CAMINO LAS CASCADAS, et al.,
[2] BANCO POPULAR DE PUERTO RICO
Defendants

| MOTION | AMENDED ORDER |
|---|---|
| **Date Filed: 09/06/05** <br> **Docket #64** <br> [X] **Plaintiff** <br> [] **Defendant** <br> **Title:** United States of America's Motion for Extension of Time to Comply to the Honorable Court | **MOOT.** The self-imposed deadline requested by the Government to disburse the settlement amount to Banco Popular de Puerto Rico as agreed in the Stipulated Expedited Settlement Agreement has elapsed. The Court notes that as of September 6, 2005, and as sustained by Banco Popular de Puerto Rico, the Government owes the amount of $141,689.00, and unpaid interest of $4,945.53 accruing at a per diem rate of $27.1732328. According to the Settlement Agreement entered into by the parties the amount to owed to Banco Popular de Puerto Rico is not subject to further contingent actions to be taken by the Government, for instance, the sale in public auction of the instant property. Further, the Court notes that the amount of Fifty Thousand Dollars ($50,000) have been deposited within the Court as part of a settlement agreement entered into with claimant William Cortes. Hence the Court deems that part of the amount owed to Banco Popular de Puerto Rico as stipulated by the Government in the settlement agreement can be paid without further unnecessary delay from the amount already deposited with the Court on behalf of the United States. <br><br> Therefore, the Clerk of Court is **INSTRUCTED** to issue a check in the amount of **Fifty Thousand Dollars ($50,000)** on behalf of Banco Popular de Puerto Rico from Account No. 4008054881. Furthermore, the Government is **ORDERED** to pay **FORTHWITH** Banco Popular de Puerto Rico the remaining unpaid balance and interests accrued as calculated by Banco Popular de Puerto Rico until payment in full is satisfied. The Court shall not hesitate to impose further sanctions for failure to comply with this Order and further unnecessary delays. |

| | |
|---|---|
| **Date Filed: 09/12/05**<br>**Docket #67**<br>[X] **Plaintiff**<br>[] **Defendant**<br>**Title:** Motion to Withdraw Funds for Forfeiture | **GRANTED IN PART.** See ruling at Docket Entry No. 64. |
| **Date Filed: 11/02/05**<br>**Docket #68**<br>[] **Plaintiff**       [X] **Other**<br>[] **Defendant**<br>**Title:** Urgent Motion for Issuance of Equitable Remedy | **MOOT.** See ruling at Docket Entry No. 64. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 30th day of November 2005.

           **S/DANIEL R. DOMINGUEZ**
           **DANIEL R. DOMINGUEZ**
           **U.S. DISTRICT JUDGE**