IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | CIVIL NO. 99-1740 (DRD) |
| v | * | |
| REAL PROPERTY LOCATED AT 26-M 10th STREET, URB. VILLA SAURI SECTION II BORINQUEN WARD CAGUAS, PUERTO RICO, MORE FULLY DESCRIBED AS FOLLOWS: | * | |
| RUSTICA: SOLAR MARCADO CON EL NUMERO 26 DEL BLOQUE M DE LA URBANIZACION VILLA SAURI SECCION II EN BARRIO BORINQUEN DE CAGUAS, PUERTO RICO, COMPUESTO DE 510.00 METROS CUADRADOS EN LINDES POR EL NORTE: CON SOLAR #25; POR EL SUR, CON SOLAR #27; POR EL ESTE, CON LA CALLE #10 ;POR EL OESTE, CON EL SOLAR #11 | * | |
| INSCRITA EN EL REGISTRO DE LA PROPIEDAD SECCION I DE CAGUAS, AL FOLIO 180 DEL TOMO 1367: FINCA NUMERO 48,560. | * | |
| THIS PROPERTY IS FREE OF LIEN | * | |
| Defendant. | | |

**ORDER**

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that the Property Registrar for the pertinent section of the Registry of Property of the Commonwealth of Puerto Rico, cancel the lis pendens from the records of the Registry, insofar as

it affects the real property herein described:

> REAL PROPERTY LOCATED AT
> 26-M 10th STREET, URB. VILLA SAURI
> SECTION II BORINQUEN WARD
> CAGUAS, PUERTO RICO,
> MORE FULLY DESCRIBED AS FOLLOWS:
>
> RUSTICA: SOLAR MARCADO CON EL
> NUMERO 26 DEL BLOQUE M DE LA
> URBANIZACION VILLA SAURI
> SECCION II EN BARRIO BORINQUEN
> DE CAGUAS, PUERTO RICO,
> COMPUESTO DE 510.00 METROS
> CUADRADOS EN LINDES POR EL
> NORTE: CON SOLAR #25;
> POR EL SUR,CON SOLAR #27; POR EL
> ESTE, CON LA CALLE #10 ;POR EL
> OESTE, CON EL SOLAR #11
>
> INSCRITA EN EL REGISTRO DE LA
> PROPIEDAD SECCION I DE CAGUAS,
> AL FOLIO 180 DEL TOMO 1367: FINCA
> NUMERO 48,560.
>
> THIS PROPERTY IS FREE OF LIEN

In San Juan, Puerto Rico, this \_6\_ day of December 2005.

_____
DANIEL R. DOMINGUEZ
UNITED STATES JUDGE

2